73,697-06,07,08,09

RAUL D. JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

Court of Criminal Appeals                    June 3, 2015
Louise Pearson, Clerk
P.O. Box 12308
Austin, Tx. 78711

RE: EX PARTE RAUL DAVID JACKSON, Writ No. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09

Dear Clerk,

    Enclosed please find Applicant's Supplemental Appendix to Brief in Support of Application for Writ of Habeas Corpus to be included in the record in the above-referenced cause numbers.

    In an Order issued by the Court on May 20, 2015, the Court requested the original plea papers be sent from the trial court. I did, however, make this request to the trial court clerk at the time of filing that these papers and others be included in the habeas record, and the clerk failed to comply with my request. I have included only the papers that I referenced in my application and brief. Including the Notice of Dispositions that I believe that the trial court clerk may not send and are relevant to my claims for relief.

    Please bring this information to the attention of the Court. Thank you.

                                    Sincerely,

                                    Raul David Jackson
                                    Applicant, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

WRIT NO. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09

EX PARTE
RAUL DAVID JACKSON

SUPPLEMENTAL APPENDIX TO
BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS

# TABLE OF CONTENTS

CERTIFICATE OF AUTHENTICITY

**EXHIBIT 1 - Trial No. F-0554511**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheets / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 2 - Trial No. F-0555473**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 3 - Trial No. F-0556279**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 4 - Trial No. F-0557397**

Original Indictment / Original Plea Agreement / Judicial Confession / Docket Sheet / Certification of Defendant's Right to Appeal / Notice of Disposition dated **12/06/05** / Notice of Disposition dated **12/13/05** / Judgment, Certificate of Thumbprint / Motion to Dismiss Prosecution.

**EXHIBIT 5 -** Deadly Weapon Allegation No. F-0554511 only

## CERTIFICATE OF AUTHENTICITY

I, Raul David Jackson, Applicant pro se, do certify and declare under penalty of perjury that the documents contained in this Supplemental Appendix to Brief in Support of Application for Writ of Habeas Corpus are true and correct copies of originals as provided to Applicant by the Dallas County District Clerk.

EXECUTED this 3rd day of June, 2015

Raul David Jackson
Applicant, Pro Se

EXHIBIT I

EXHIBIT I

CAUSE NO. F-0554511

EXHIBIT I

JS

DEFENDANT  Jackson, Raul David                B  M  06061969  CHARGE  POSS CS INT DEL 400G/2N1
        AKA:

ADDRESS    4814 Parry B, Dallas, Tx                    LOCATION  DSO

FILING AGENCY  TXDPD0000   DATE FILED  July 14, 2005              COURT         CDC5

COMPLAINANT  McKinney, V                        F-0554511        VT#:

C/C        Francisco Trevino:
           Jacqueline Trevino

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___ 2005 ___ of the

_____ Criminal District Court 5 _____ , Dallas County, in said Court at said

Term, do present that one        **JACKSON, RAUL DAVID**              , Defendant,

On or about the      8 th    day of July A.D., 2005 _____  in the County of Dallas and said State, did

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an
amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said
defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on
the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND
JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID
JACKSON and said conviction was a final conviction,

    against the peace and dignity of the State.

    **Bill Hill**
    _____
    Criminal District Attorney of Dallas County, Texas          Foreman of the Grand Jury

Case No. F 05-54511

STATE OF TEXAS      §      IN THE _____ CDC4 _____
      VS.               §      DISTRICT COURT _____
_____ JACKSON, RAUL _____    §      DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

     The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:**      [✓] Guilty      [ ] Nolo contendere
**[ ] Defendant will testify.**    [✓] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [✓] True      [ ] Not true
**Type of plea:**      [✓] Plea bargain      [ ] Open plea
**Open as to:** [ ] Deferred Adjudication [ ] Community Supervision [ ] Fine [ ] Restitution.
[ ] Other:_____.
**State's recommendation:** _____
**Agreed sentence:**
[✓] Confinement in *(penitentiary)* ~~(state jail)~~ ~~(county jail)~~ for _____ 17 _____ (years) ~~(months)~~ ~~(days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[✓] Fine of $_____ 5,000 _____. [ ] To be paid. [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center [ ] CENIKOR [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____. [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition. [ ] Defendant knowingly and voluntarily waives appeal.
[✓] Other: _Credit for all backtime, all sentences to run concurrently_.

**[ ] CHANGE OF NAME** *(Applicable only if box is checked)*
     The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ PCS 400 g _____.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

     You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

     With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b⟨...⟩ ⟨...⟩ed on an indictment returned by a grand ⟨...⟩⟨...⟩; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

7/8/05 I admit and judicially confess that I committed the offense of _____ PCS 4OOg _____ on ___ 7/8/05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S) *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

11/30/05
Date

Defendant
Printed Name: _____ PAul JAckson _____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

11/30/05
Date

Attorney for Defendant
Printed Name: _____ Bill Cox _____
State Bar # _____ 04956497 _____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

11/30/05
Date

BILL HILL, Criminal District Attorney, Dallas County, by

_____
Assistant District Attorney
Printed Name: _____
State Bar # _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____        _____
Date                                   Judge

JS

**DEFENDANT** Jackson, Raul David          B  M    06061969     **CHARGE** POSS CS INT DEL
                                                                        400G/2ND

**AKA:**

**ADDRESS**    4814 Parry B, Dallas, Tx                       **LOCATION** DSO

**FILING AGENCY**TXDPD0000    **DATE FILED** July 14, 2005         **COURT**          CDC5

**COMPLAINANT**    McKinney, V                          F-0554511         **VT#:**

**C/C**          Francisco Trevino:
                 Jacqueline Trevino

---

THE STATE OF TEXAS                                CAUSE NO.  F-0554511

    VS.

**Jackson, Raul David**                          CRIMINAL DISTRICT COURT 5
                                                 DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

    Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.   I further consent to the introduction of this Judicial Confession, and  testimony orally, by affidavits, written statements of  witnesses and other   documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been  sworn, upon oath, I judicially confess  to the  following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On  the        8 th      day of July A.D., 2005              , in Dallas County,  Texas,  I did unlawfully,

unlawfully and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 400 grams or more,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____                          X_____
Attorney for Defendant                                    Defendant

SWORN TO AND SUBSCRIBED before me on the ____28____ day of __Nov.__, 20 05

APPROVED BY:

                                                 JIM HAMLIN, CLERK
                                                 DISTRICT COURTS OF
                                                 DALLAS COUNTY, TEXAS

_____              By_____
Assistant  District Attorney                       Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

No. F05-54

BAIL STATUS: JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DA |
|---|---|---|---|
| RAUL DAVID JACKSON | *Bill Cox ret* | UNLAWFUL POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE, TO-WIT: COCAINE AS CHARGED IN THE INDICTMENT//400G/2ND | AUGUST |
| | CC: *Frances Norris* *Jacqueline Norris* | | |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| 8-31-05 | *Transfer & CDC#4, CA Wallaces case #* |
| 9/28/05 | *Pass* |
| 9/30/05 | *Pass* |
| 10/4/05 | *Pass* |
| 10/20/05 *attw – more cases* | |
| OCT 19 2005 | |
| NO. 8 | |
| 11.1.05 | |
| 11.2.05.11 | |
| 11.2.05. *Pass* | |
| 11.3.05 *Plea* | |
| 11.30.05 *filed* | |

DEFENDANT PLEADS TRUE/UNTRUE TO THE ~~die~~ of
ENHANCEMENT PARAGRAPH AND TRUE/UNTRUE TO THE
THE COURT/JURY FINDS THE ENHANCEMENT
PARAGRAPH/PARAGRAPHS TO BE
TRUE/UNTRUE.

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Found guilty of

and that Defendant commend said offense on the 8
day of *July* , 19 200 5. Punishment fixed at
*Seventeen (17)* years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed. $500

BAIL STATUS: _____

| DATE OF ORDER | STATE OF TEXAS | ATTORNEYS | OFFENSE | ORDERS OF COURT | DATE |
|---|---|---|---|---|---|

**ORDERS OF COURT (handwritten):**

12/6/05 — 1-30-06 Jury Trial

1-30-05 — qR Def present; Def Atty M/withdraw Enid M/Granted Paul Bon...

CR: Belinda Bouralca

(a) Aux # 76/1-30-06

(a) 263-...05

FEB 17 2006 — 5-1-06

FEB 17 2006 — 5-1-06 TRIAL

05/02/06 — ...ized on Motion of Dist. Atty. __ KATE SILVA Asst. Dist ...

_(signature)_
SENIOR DISTRICT JUDGE

Cause No. 05-54511

THE STATE OF TEXAS §  IN THE CDC4
VS. Jackson, Raul §  DISTRICT COURT
 §  DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____        _____
Judge                                    Date Signed

I have received a copy of this certification:


_____        _____
Defendant (if not represented by counsel)   Defendant's Counsel
Mailing Address:                          State Bar No.: 04952497
                                          Mailing Address:
Telephone #:                              1401 Elm #3310
Fax # (if any)                            Dallas TX 75202
                                          Telephone #:
                                          Fax # (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                          SEQ   0008

CASE NUMBER F-0554511                                        DATE 120605
OFFENSE MFR CS 4G                                            TIME 143150
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    17 YRS TO H TDC                                  APPEAL _____

    SPECIAL CONDITION                                MNT _____

    $     5000.00 FINE $     228.00 COST      SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
    070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY___
_____
_____
_____

JIM HAMLIN
DISTRICT CLERK                    ]         RELEASE INFORMATION
DALLAS COUNTY, TEXAS              ]  REMARKS _____
                                 ]         _____
BY GILL D                        ]         _____
    DEPUTY CLERK                 ]         _____
                                 ]  - - - - - - - - - - - - - -

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                          SEQ   0001


CASE NUMBER F-0554511                                    DATE 121305
OFFENSE MFR CS 4G                                        TIME 104549
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                          APPEAL

      SPECIAL CONDITION                    MNT


      $         0. 0 FINE  $        0. 0 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCE IN ERROR-PLEASE DELETE SENTENCE
     THIS DEFT-- DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE CORRECTLY S
     TENCE DISREGARD SENTENCE-DEFT SENTENCE IN ERROR THANK YOU


JIM HAMLIN
DISTRICT CLERK                          ]      RELEASE INFORMATION
DALLAS COUNTY, TEXAS                    ]  REMARKS
                                        ]
BY GILL D                               ]
    DEPUTY CLERK                        ]
                                        ]

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-54511_

THE STATE OF TEXAS

VS.

_KAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

_____
RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _December_, 20_05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint          _____ left/right index finger

_____ other, _____

# THE STATE OF TEXAS,

No. F05-54511-K                    VS.          §          IN THE CRIMINAL

                                         §

                                         §          DISTRICT COURT FOUR

                                         §          OF DALLAS COUNTY, TEXAS

                                         §

RAUL DAVID JACKSON          §          APRIL TERM, A.D., 2006
PID 400G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number F06-00445-K.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Granted~~ on Motion of Dist. Atty. 2 _K. Sina_ _____ Asst. Dist. ▮

EXHIBIT 2

EXHIBIT 2

CAUSE NO. F-0555473

EXHIBIT 2

JS

DEFENDANT Jackson, Raul      B  M  06061969  **CHARGE** DEL CS 1G/2ND

     **AKA:**

**ADDRESS** _____      **LOCATION** DSO

**FILING AGENCY** TXDPD0000   **DATE FILED** August 05, 2005      **COURT**    CDC5

     **COMPLAINANT** McKinney, V      F-0555473      **VT#:**

**C/C** _____

---

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., __ 2005 __ of the

_____ Criminal District Court 5 _____ , Dallas County, in said Court at said

Term, do present that one      **JACKSON, RAUL**      , Defendant,

On or about the _____ 11 th _____ day of May A.D., 2005 _____ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a
controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or
dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

     And it is further presented to said Court that prior to the commission of the aforesaid offense, the said
defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on
the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND
JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID
JACKSON and said conviction was a final conviction,

against the peace and dignity of the State.

     **Bill Hill**

Criminal District Attorney of Dallas County, Texas      Foreman of the Grand Jury.

Case No. F __05- 55473__

STATE OF TEXAS § IN THE __CDC4__
vs. § DISTRICT COURT
__JACKSON, RAUL__ § DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [ ✓ ] Guilty   [ ] Nolo contendere
[ ] Defendant will testify.   [ ✓ ] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [ ✓ ] True   [ ] Not true
**Type of plea:** [ ✓ ] Plea bargain   [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[ ✓ ] Confinement in (penitentiary) ~~(state jail)(county jail)~~ for __15 MMM__ (years) ~~(months)~~ ~~(days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $__5,000__ or. [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation   [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.   [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ✓ ] Defendant will sign waiver of extradition.   [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other: __Credit for all backtine, all sentences to run Concurrently__

### [ ] CHANGE OF NAME *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: __DC# 19-49__.
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b[  ]ied on an indictment returned by a gran[  ]; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ Deg 1-4 _____ on _____ 5-11-05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ✓ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

11/30/05
Date

Defendant
Printed Name: _____ RAul JACKSoN _____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

11/30/05
Date

Attorney for Defendant
Printed Name: _____ Bill Cox _____
State Bar # _____ 04956497 _____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

11/30/05
Date

BILL HILL, Criminal District Attorney, Dallas County, by

Assistant District Attorney
Printed Name: _____ Katesica _____
State Bar # _____ 24041912 _____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

_____
Date

_____
Judge

JS

**DEFENDANT** Jackson, Raul      B  M   06061969     **CHARGE** DEL CS 1G/2ND

     **AKA:**

**ADDRESS** _____     **LOCATION** DSO

**FILING AGENCY** TXDPD0000    **DATE FILED** August 05, 2005     **COURT**      CDC5

**COMPLAINANT**   McKinney, V           F-0555473     **VT#:**

**C/C** _____

---

THE STATE OF TEXAS

      VS.

**Jackson, Raul**

CAUSE NO.  F-0555473

CRIMINAL DISTRICT COURT 5
DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the     11 th     day of May A.D., 2005         , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 1 gram or more but less than 4 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____
Attorney for Defendant

_____
Defendant

SWORN TO AND SUBSCRIBED before me on the ___ 3 0 ___ day of __ Nov __, 20 05

APPROVED BY:

_____
Assistant District Attorney

JIM HAMLIN, CLERK
DISTRICT COURTS OF
DALLAS COUNTY, TEXAS

By _____
Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examiation of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

BAIL STATUS:    JAIL

STATE OF TEXAS

| RAIL, JACKSON | ATTORNEYS | OFFENSE |
|---|---|---|
| | _Gabriel Equen_ 576-2355 | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE. TO-WIT: COCAINE A A 2ND DEGREE. |
| | _his appt_ | FELONY OFFENSE AS CHARGED IN THE INDICTMENT/1G/2ND |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| D505391 G | |
| 9-14-05 his | |
| 9-14-05 | _judges CDC #4; defend closes Case # D55451/_ |
| 9-16-05 | _judges to CDC #4 A New Court Case #0555511._ |
| 10/26/05 attn | |
| 11.2.05 " | |
| 11.11.05. Comu | |
| 11.17.05. Jdmt | |
| 11.23.05 plea | |
| 11.30.05 plea | Jury waived. Defendant arraigned. Defendant warned. |
| OCT 19 2005 | Plea of guilty before Court. Found guilty of |
| | and that Defendant committed said offense on the ___ |
| | day of _MAY_ , 19 _2005_. Punishment fixed at |
| | ___ years confinement in |
| | the Texas Department of Corrections, Defendant sentenced |
| | Back time allowed $5000 |
| 12/26/05 | |
| 1/30-06 Jury Trial | |

Cause No. 05- 55473

THE STATE OF TEXAS
VS.
_Jackson, Raul_

§
§
§

IN THE___ CDC 4
DISTRICT COURT
DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: _04957497_
Mailing Address: _1401 Elm # 3310_
Telephone #: _Dallas, TX 75202_
Fax # (if any): _214 220-3111_

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ  0009

                                                       DATE 120605
CASE NUMBER F-0555473                                  TIME 143425
OFFENSE DEL CS 1G
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE                                 APPEAL _____
   15 YRS TO H TDC

      SPECIAL CONDITION                  MNT _____


   $     5000.00 FINE  $     273.00 COST  SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
   070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY



JIM HAMLIN
   DISTRICT CLERK                    ]        RELEASE INFORMATION
   DALLAS COUNTY, TEXAS              ] REMARKS _____
                                     ] _____
BY GILL D                            ] _____
   DEPUTY CLERK                      ] _____
                                     ] _____

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ  0002

CASE NUMBER F-0555473                                   DATE 121305
OFFENSE DEL CS 1G                                       TIME 105004
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID               RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE

                                            APPEAL

     SPECIAL CONDITION                      MNT

      $       0. 0 FINE  $      0. 0 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENCE
   N THIS DEFT. DEFT IS SET TO GO TO COURT ON A FUTURE DATE TO BE SENTENCED C
   RECTLY-PLEASE DISREGARD DEFT SENTENCED IN ERROR THANK YOU

JIM HAMLIN
DISTRICT CLERK                              RELEASE INFORMATION
DALLAS COUNTY, TEXAS              ] REMARKS
                                 ]
BY GILL D                        ]
   DEPUTY CLERK                  ]
                                 ]

## JUDGMENT
### CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-55473_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _#4_

DALLAS COUNTY, TEXAS

_____
RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_, 20_05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

_____ left thumbprint        _____ left/right index finger

_____ other, _____

601/32

# THE STATE OF TEXAS,

No. F05-55473-K              VS.          §          IN THE CRIMINAL

§

§          DISTRICT COURT FOUR

§

§          OF DALLAS COUNTY, TEXAS

§

RAUL DAVID JACKSON              §          APRIL TERM, A.D., 2006
DEL CS1G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number F06-00448-K.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

~~Granted~~ on Motion of Dist. Atty. ( _K-Sloa_          Asst. Dist.

2006 MAY -2 PM 3: 36

FILED

JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

5/1/06

EXHIBIT 3

EXHIBIT 3

CAUSE NO. F-0556279

EXHIBIT 3

CH

DEFENDANT  Jackson, Raul David          B  M  06061969  CHARGE DEL CS 4G/2ND

     AKA:

ADDRESS _____          LOCATION DSO

FILING AGENCY TXDPD0000  DATE FILED August 25, 2005          COURT      JDC195

COMPLAINANT McKinney, V                    F-0556279      VT#:

C/C _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., ___2005___ of the

_____ 195th Judicial District Court _____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL DAVID**          , Defendant,

On or about the ___5th___ day of July A.D., 2005 ___ in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

    against the peace and dignity of the State.

**Bill Hill**
_____

                           Foreman of the Grand Jury.

Case No. F 05-56279

STATE OF TEXAS §
vs. §
JACKSON, RAUL §

IN THE _____CPC 4_____
DISTRICT COURT _____
DALLAS COUNTY, TEXAS

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [✓] Guilty          [ ] Nolo contendere
[ ] Defendant will testify.          [✓] Defendant will NOT testify.
**Plea to enhancement paragraph(s):** [✓] True          [ ] Not true
**Type of plea:** [✓] Plea bargain          [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[✓] Confinement in (penitentiary)(state jail)(county jail) for ____15____ (years) (months) (days).
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[✓] Fine of $___5,000____.   [ ] To be paid.   [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation   [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.          [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.          [ ] Defendant knowingly and voluntarily waives appeal.
[ ] Other: _____.

**[ ] CHANGE OF NAME** *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

## COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: ____DCS 4g - 200 g____.
The punishment range for the offense charged is:
[✓] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to*, result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

## DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the

I hereby waive my right to be tried on an indictment returned by a grand jury; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of ____ DCS 49-200 g ____ on ____ 7-5-05 exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ✓ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ✓ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ ] DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S) *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

____ 11/30/05 ____
Date

X ____ Raul Jackson ____
Defendant
Printed Name: ____ Raul JACKSON ____

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

____ 11/30/05 ____
Date

Attorney for Defendant ____
Printed Name: ____ Bill Cox ____
State Bar # ____ 04956497 ____

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

____ 11/30/05 ____
Date

BILL HILL, Criminal District Attorney, Dallas County, by
____ Katesica ____
Assistant District Attorney
Printed Name: ____ KateSica ____
State Bar # ____ 24041912 ____

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

____
Date

____
Judge

CH

DEFENDANT Jackson, Raul David          B  M   06061969      CHARGE DEL CS 4G/2ND

   AKA:

ADDRESS _____          LOCATION DSO

FILING AGENCY TXDPD0000      DATE FILED August 25, 2005      COURT      JDC195

COMPLAINANT    McKinney, V                    F-0556279      VT#:

C/C _____

---

THE STATE OF TEXAS                          CAUSE NO.  F-0556279

    VS.

**Jackson, Raul David**                          195TH JUDICIAL DISTRICT COURT
                                                DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses.  I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the        5 th        day of July A.D., 2005                , in Dallas County,  Texas,  I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____          X _____
Attorney for Defendant                          Defendant

SWORN TO AND SUBSCRIBED before me on the _____ 30 _____ day of ___ Nov ___ , 20 05

APPROVED BY:                          JIM HAMLIN, CLERK
                                        DISTRICT COURTS OF
                                        DALLAS COUNTY, TEXAS

_____          By _____
Assistant District Attorney                          Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-5627

BAIL STATUS: JAIL

STATE OF TEXAS

RAUL DAVID JACKSON

| DATE OF ORDER | ATTORNEYS | ORDERS OF COURT | OFFENSE | DA |
|---|---|---|---|---|
| | Rafael Castro @ 36 | | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE , A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | SEPTEMBE |
| 10-7-05 | | | | |
| OCT 19 2005 | | | | |
| NOV 8 2005 | | | | |

DATE OF ORDER — ORDERS OF COURT

10-7-05 Mtg

10-20-05 order

11-2-05-FTW

11-11-05. Cont.

11-17-05 Arrd.

11-23-05 plea

11-30-05 plea

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Found guilty of

and that Defendant committed said offense on the 5
day of July , 19 2005, Punishment fixed at
15 years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed $ 5,000 —

DEFENDANT PLEADS TRUE / UNTRUE
ENHANCEMENT P
THE COURT
PARAGRAPH/PARAGRAPHS TO BE

TRUE / UNTRUE.

SENIOR DISTRICT JUDGE

12-5-05 / BD de July Mal
FEB 17 2006
5-1-06

Released on Motion of Dist. Atty.                    Asst. Dist.

050206

Cause No. 05-56279-K

THE STATE OF TEXAS                                §        IN THE _____ CDC 4
VS.                                               §        DISTRICT COURT _____
_____ JACKSON, Ravl _____                         §        DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 04956497
Mailing Address: 1401 Elm #3310
Telephone #:  Dallas, TX 75202
Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                SEQ  0007

CASE NUMBER F-0556279                                        DATE 120605
OFFENSE DEL CS 4G                                            TIME 142514
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL DAVID                    RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY PGBC

SENTENCE
    15 YRS TO H TDC                               APPEAL _____

      SPECIAL CONDITION                           MNT _____

      $     5000.00 FINE  $      223.00 COST      SENTENCE TO BEGIN   113005
ADDITIONAL CREDIT FOR TIME SERVED
   070805-113005
REMARKS   120605 DEFT IN JAIL; RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY_

JIM HAMLIN
DISTRICT CLERK                           ]         RELEASE INFORMATION
DALLAS COUNTY, TEXAS                     ] REMARKS _____

BY GILL D                                ]         _____
   DEPUTY CLERK                          ]         _____
                                         ]

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ   0003

CASE NUMBER F-0556279                                  DATE 121305
OFFENSE DEL CS 4G                                       TIME 105324
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEE JACKSON RAUL DAVID              RACE B SEX M DOB 060669
BNO 05053918
DISPOSED BY

SENTENCE
                                            APPEAL

        SPECIAL CONDITION                   MNT


      $       0.00 FINE  $       0.00 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-DEFT DIDN'T ACCEPTED PL
      A AGREEMENT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY S
      NTENCED-DISREGARD SENTENCE-SENTENCED IN ERROR THANK YOU


JIM HAMLIN
DISTRICT CLERK                      ]      RELEASE INFORMATION          ]
DALLAS COUNTY, TEXAS                ] REMARKS _____   ]
                                    ] _____]
BY GILL D                           ] _____]
     DEPUTY CLERK                   ] _____]
                                    ] _____]

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05-56279_

THE STATE OF TEXAS

VS.

_PAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

---

RIGHT THUMB*

Defendant's _R_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _DECEMBER_ , 20_05_.

_#437_

BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

_____ left thumbprint         _____ left/right index finger

_____ other, _____

601/38

# THE STATE OF TEXAS,

No. F05-56279-K          vs.        §        IN THE CRIMINAL

§

§        DISTRICT COURT FOUR

§

§        OF DALLAS COUNTY, TEXAS

§

§

RAUL DAVID JACKSON       §        APRIL TERM, A.D., 2006
DEL CS 4G

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00453-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

ed on Motion of Dist. Atty. [ _RHEE SICA_ Asst. Dist.

FILED
2006 MAY -2 PM 3: 36
JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

EXHIBIT 4

EXHIBIT 4

CAUSE NO. F-0557397

EXHIBIT 4

MT

DEFENDANT  Jackson, Raul                    B  M  06061969  CHARGE DEL CS 4G/2ND

    AKA:

ADDRESS  _____  LOCATION  WRIT _____

FILING AGENCY  TXDPD0000  DATE FILED September 23, 2005  COURT  CDC3

COMPLAINANT  McKinney, V                    F-0557397          VT#:

C/C  _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ October _____ Term, A.D., ___ 2005 ___ of the

_____ Criminal District Court 3 _____ , Dallas County, in said Court at said

Term, do present that one          **JACKSON, RAUL**                    , Defendant,

On or about the      20 th    day of June A.D., 2005          in the County of Dallas and said State, did

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

    And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

    against the peace and dignity of the State.

      **Bill Hill**
_____          _____

Foreman of the Grand Jury

Cau. No. F 05-57397

| STATE OF TEXAS | § | IN THE CDC4 |
| VS. | § | DISTRICT COURT |
| JACKSON, Raul | § | DALLAS COUNTY, TEXAS |

2005 DEC 12 AM 11: 54

JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS

## PLEA AGREEMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

**Defendant's plea:** [ ✓ ] Guilty     [ ] Nolo contendere
[ ] **Defendant will testify.**     [ ✓ ] **Defendant will NOT testify.**
**Plea to enhancement paragraph(s):** [ ✓ ] True     [ ] Not true
**Type of plea:** [ ✓ ] Plea bargain     [ ] Open plea
**Open as to:** [ ] Deferred Adjudication   [ ] Community Supervision   [ ] Fine   [ ] Restitution
[ ] Other:_____.
**State's recommendation:** _____.
**Agreed sentence:**
[ ✓ ] Confinement in *(penitentiary)* ~~(state jail)(county jail)~~ for _____ 15 _____ (years) ~~(months) (days)~~.
[ ] Post-conviction community supervision, confinement probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months) (days).
[ ✓ ] Fine of $ 1,000 °° . [ ] To be paid. [ ] To be probated.
[ ] Boot Camp [ ] Shock Probation    [ ] Substance Abuse Felony Program
[ ] Judicial Drug Treatment Center   [ ] CENIKOR   [ ] Dallas County Jail Chemical Dependency Program
[ ] Restitution in the amount of $_____.     [ ] Back-time NOT included.
[ ] Back-time included _____.
[ ] Defendant will sign waiver of extradition.    [ ] Defendant knowingly and voluntarily waives appeal.
[ ✓ ] Other: all sentences to run concurrently, Credit for all backtime

### [ ] CHANGE OF NAME *(Applicable only if box is checked)*

The defendant having suggested that his/her true name is other than that set forth in the charging instrument, and having moved that the charging instrument and all other documents in this cause be amended to show his/her true name to be _____, said motion is hereby granted. It is so ordered.

### COURT'S ADMONITIONS TO DEFENDANT

You are charged with the offense of: _____ DCS 4g _____.
The punishment range for the offense charged is:
[ ✓ ] 1st Degree Felony, 5 - 99 years or Life and an optional fine not to exceed $10,000.00.
[ ] 2nd Degree Felony, 2 - 20 years confinement and an optional fine not to exceed $10,000.00.
[ ] 3rd Degree Felony, 2 - 10 years confinement and an optional fine not to exceed $10,000.00.
[ ] State Jail Felony, 180 days - 2 years State Jail and an optional fine not to exceed $10,000.00.
[ ] _____, _____.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. If the punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal on any matter in the case unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere may, and under current Federal Immigration rules *is almost certain to,* result in your deportation, exclusion from admission to the United States, or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have the right to be tried on an indictment returned by a Grand Jury, and, unless you are on bond, a right to two entire days after being served with a copy of the charging instrument before being arraigned. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing limited to determining whether or not guilt should be adjudicated. If guilt is adjudicated, no appeal may be taken from the Court's decision, and the full range of punishment is open to the Court. All proceedings, including assessment of punishment, pronouncement of sentence, granting of community supervision, and an appeal, then continue as if the adjudication of guilt had not been deferred. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### DEFENDANT'S STATEMENTS AND WAIVERS

With the approval of counsel, defendant makes the following statements and waivers. I am the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range

I hereby waive my right to b̶ ̶ied on an indictment returned by a grand ⌒̶ ⌒; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; and my right to remain silent. I waive arraignment and reading of the charging instrument; the appearance, confrontation, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report. I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence.

I admit and judicially confess that I committed the offense of _____ DCS 4g - 2009 _____ on _____ 6/20/05 _____ exactly as alleged in the charging instrument. I affirm that my plea and judicial confession are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonition to Sex Offenders, attached hereto. I understand that under the Uniform Extradition Act, should I be charged with a violation of my community supervision and be arrested in another state, I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ √ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ √ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

[ √ ] **DEFENDANT'S PLEA TO ENHANCEMENT PARAGRAPH(S)** *(Applicable only if box is checked)*

I, the defendant, plead true to the (second), (third), (second and third) enhancement paragraph(s) which is/are contained in the charging instrument, and judicially confess that I am the same person who was previously duly and legally convicted of the offense(s) alleged therein.

### SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

| | |
|---|---|
| 11/30/05 | _Raul Jackson_ |
| **Date** | **Defendant** |
| | Printed Name: Raul JACKSON |

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

| | |
|---|---|
| 11/30/05 | _Bill Cox_ |
| **Date** | Attorney for Defendant |
| | Printed Name: Bill Cox |
| | State Bar # 04956497 |

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

| | |
|---|---|
| 11/30/05 | BILL HILL, Criminal District Attorney, Dallas County, by |
| **Date** | _Kate Sica_ |
| | Assistant District Attorney |
| | Printed Name: Kate Sica |
| | State Bar # 24041912 |

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony, and approves the change of name contained herein (if applicable).

| | |
|---|---|
| _____ | _____ |
| **Date** | **Judge** |

MT

DEFENDANT Jackson, Raul  B M 06061969  CHARGE DEL CS 4G/2ND

 AKA:

ADDRESS             LOCATION WRIT

FILING AGENCY TXDPD0000  DATE FILED September 23, 2005  COURT  CDC3

COMPLAINANT McKinney, V      F-0557397  VT#:

C/C

---

THE STATE OF TEXAS        CAUSE NO. F-0557397

  VS.

**Jackson, Raul**        CRIMINAL DISTRICT COURT 3
             DALLAS COUNTY, TEXAS

### JUDICIAL CONFESSION

  Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the  20 th  day of June A.D., 2005    , in Dallas County, Texas, I did unlawfully,

unlawfully and knowingly deliver, to-wit: actually transfer, constructively transfer and offer to sell a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 4 grams or more but less than 200 grams to V. MCKINNEY,

  And it is further presented to said Court that prior to the commission of the aforesaid offense, the said defendant was convicted of a felony offense of POSSESSION OF A CONTROLLED SUBSTANCE, on the 10TH day of NOVEMBER, 1989, A.D., in Cause Number F89-A4573-S on the docket of 282ND JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of RAUL DAVID JACKSON and said conviction was a final conviction,

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____    _____
Attorney for Defendant       Defendant

SWORN TO AND SUBSCRIBED before me on the _____30_____ day of _Nov._ , 20 _05_

APPROVED BY:        JIM HAMLIN, CLERK
            DISTRICT COURTS OF
            DALLAS COUNTY, TEXAS

_____  By _____
Assistant District Attorney     Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

No. F05-57397

BAIL STATUS:  JAIL

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DAT |
|---|---|---|---|
| RAUL JACKSON | | UNLAWFUL DELIVERY OF A CONTROLLED SUBTANCE, TO-WIT: COCAINE , A 1ST DEGREE FELONY OFFENSE AS CHARGED IN THE INDICTMENT/4G/2ND | NOVEMBER |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| NOV 8  2005 | |
| 11.9.05 | |
| 11.11.05 Cont | |
| 11.17.05 Invest | |
| 11.23.05 plea | |
| 11.30.05 plea | |

Jury waived. Defendant arraigned. Defendant warned.
Plea of guilty before Court. Found guilty of

and that Defendant committed said offense on the 20
day of _____ 192__ , Punishment fixed at

Fifteen (10) years confinement in
the Texas Department of Corrections. Defendant sentenced.
Back time allowed. $500

DEFENDANT PLEADS TRUE/UNTRUE TO
ENHANCEMENT PARAGRAPH/PARAGRAPHS
THE COURT/JURY FINDS THE ENHANCEMENT
TRUE/UNTRUE

12.15.05
1.30.06 Jury Trial
5.1.06 Trial
FEB 17 2006
050206

SENIOR DISTRICT JUDGE

Cause No. 05-57397

THE STATE OF TEXAS
VS.

JACKSON, RAUL

§
§
§

IN THE CDC 4
DISTRICT COURT
DALLAS COUNTY, TEXAS

# TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 04956497
Mailing Address: 1401 Elm #3310
Telephone #: Dallas, TX 75202
Fax # (if any): 214 220-3111

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                                    SEQ  0005

CASE NUMBER F-0557397                                   DATE 120605
OFFENSE DEL CS 4G                                       TIME 141844
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                     RACE B SEX M DOB 060669
BNO
DISPOSED BY PGBC

SENTENCE
   10 YRS TO H TDC                                      APPEAL

      SPECIAL CONDITION                                 MNT

   $      5000.00 FINE  $       223.00 COST        SENTENCE TO BEGIN  113005
ADDITIONAL CREDIT FOR TIME SERVED
      070805-113005
   REMARKS  120605 DEFT IN JAIL: RETURN ANY AND ALL WARRANTS ON THIS CASE ONLY

JIM HAMLIN
DISTRICT CLERK                              RELEASE INFORMATION
DALLAS COUNTY, TEXAS                    ]  REMARKS

BY GILL D                              ]
   DEPUTY CLERK                        ]

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 4
DALLAS COUNTY, TEXAS                          SEQ   0004


CASE NUMBER F-0557397                                    DATE 121305
OFFENSE DEL CS 4G                                        TIME 105600
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF JACKSON RAUL                      RACE B SEX M DOB 060669
BNO
DISPOSED BY

SENTENCE

                                              APPEAL

        SPECIAL CONDITION                     MNT


        $        0.00 FINE  $        0.00 COST        SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS   121305 DEFT IN JAIL; DEFT SENTENCED IN ERROR-PLEASE DELETE SENTENC
    N THIS DEFT-DEFT SET TO GO BACK TO COURT ON A FUTURE DATE TO BE CORRECTLY
    NTENCED-PLEASE DISREGARD SENTENCE


JIM HAMLIN                            _____
DISTRICT CLERK                       ]     RELEASE INFORMATION
DALLAS COUNTY, TEXAS                 ] REMARKS
                                     ]
BY GILL D                            ]
    DEPUTY CLERK                     ]
                                     ]

JUDGMENT
CERTIFICATE OF THUMBPRINT

CAUSE NO. _F05- 57397_

THE STATE OF TEXAS

VS.

_RAUL JACKSON_

IN THE _____

DISTRICT COURT _# 4_

DALLAS COUNTY, TEXAS

Defendant's __R__ hand

_____
RIGHT THUMB*

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _13_ DAY OF _December_ , 20_05_.

_____ #437
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

____  left thumbprint          ____  left/right index finger

____  other, _____

# THE STATE OF TEXAS,

| | | |
|---|---|---|
| No. F05-57397-K | vs. | IN THE CRIMINAL |
| | § | DISTRICT COURT FOUR |
| | § | OF DALLAS COUNTY, TEXAS |
| RAUL DAVID JACKSON<br>DEL CS 4G | § | APRIL TERM, A.D., 2006 |

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The above case has been reindicted as Cause Number <u>F06-00450-K</u>.

WHEREFORE PREMISES CONSIDERED, the State respectfully requests that this case be dismissed.

_____ on Motion of Dist. Atty.   <u>KATE SICA</u>   Asst. Dist. _____

2006 MAY -2 PM 3:36
FILED
JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

EXHIBIT 5

EXHIBIT 5

## DEADLY WEAPON ALLEGATION

EXHIBIT 5

CAUSE NUMBER: F 05-54511

| THE STATE OF TEXAS | IN THE CRIMINAL |
| VS. | DISTRICT COURT FOUR OF |
| RAUL DAVID JACKSON | DALLAS COUNTY, TEXAS |

## NOTICE OF THE STATE'S SPECIAL PLEA OF
## USE OR EXHIBITION OF A DEADLY WEAPON

COMES NOW THE STATE OF TEXAS by and through her Criminal District Attorney giving the defendant the following notice of the State's intention to submit a special plea in this cause:

The State intends to seek a deadly weapon finding pursuant to TEX. CODE CRIM. PROC. ANN. art. 42.12 § 3g(a)(2). The evidence will show that the defendant used or exhibited a deadly weapon, to-wit: a **FIREARM** during the commission of said offense or during immediate flight thereform.

The State would show that said special plea does not charge the defendant with an additional or different offense, nor does it prejudice the substantial rights of the defendant.

Respectfully submitted,

Katherine Sica
SBCN 24041912
Assistant District Attorney
Dallas County, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on the _15th_ day of _December_ 2005, a true and correct copy of the foregoing NOTICE OF THE STATE'S SPECIAL PLEA was _hand delivered_ to the attorney of record for the Defendant, Bill Cox.

Respectfully submitted,

Katherine Sica
Assistant District Attorney
Dallas County, Texas